```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/06/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS J. OLSEN, Individually and on behalf of all other persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLAIRE'S STORES INC.,<br><br>　　　　　Defendant. | ECF CASE<br><br>No.: 1:19-cv-2809 (LGS)<br><br>**SO ORDERED**<br><br>Dated: September 6, 2019<br>　　　New York, New York<br><br>*[signature]*<br>**LORNA G. SCHOFIELD**<br>**UNITED STATES DISTRICT JUDGE** |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this matter is dismissed with prejudice, which each party to bear his/its on fees, costs and expenses.

Dated:  September 5, 2019
　　　　New York, New York

*[signature]*
_____
Douglas B. Lipsky
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170
Doug@lipskylowe.com
Tel: 212.392.4772
*Attorneys for Plaintiff*

Dated: September 5, 2019
　　　　New York, New York

*[signature]*
_____
Eric B. Sigda
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
sigdae@gtlaw.com
212.801.9200
*Attorneys for Defendant*